*D. S. Gooding* and *N. T. Hauser*, for the state.

---

## THE STATE *v.* STALLINGS.

Indictment for gaming, containing two counts; the first for money won and the second for money lost at a bet upon the result of a game of cards played by the defendant and others. The indictment did not state whether the bet was made with the persons played with, or with a third person. *Held,* that the indictment was bad.

ERROR to the *Posey* Circuit Court.

PERKINS, J.—Indictment for gaming. Indictment quashed in the Circuit Court. It presents, in one count, that *Andrew Stallings*, late, &c., on, &c., at, &c., did unlawfully win in a bet made at a game of cards played by said *Stallings* and others, some named and some unknown, the sum of 10 cents.

The second count charges that he lost said sum in a bet made at a game of cards played by, &c.

The indictment does not show whether the bet was

Nov. Term,
1852.

made with the persons played with, or with some third person, a spectator of the game, and is bad for uncertainty.

*Per Curiam.*—The judgment is affirmed.

*A. L. Robinson*, for the state.

*J. Pitcher*, for the defendant.